# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF: ) ) ) Silver in color Toyota Scion, ) California License Plate 6TDJ085, ) Vehicle Identification ) Number: JTKDE177470195325 ) | **ORDER** Case No. 1:18-mj-340 |

In the affidavit filed in support of the above-captioned Tracking Warrant, the affiant requested that this matter remain under seal.

The record reflects that the Tracking Warrant was returned executed on February 8, 2019. Accordingly, the court **ORDERS** that all materials associated with the above-captioned Tracking Warrant, including the Tracking Warrant, Application for Tracking Warrant, supporting affidavit, Tracking Warrant Return shall remain under seal until May 10, 2019, at which time this matter shall be unsealed without further order of the court.

Dated this 9th day of April, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court